Nebraska Supreme Court Online Library
www.nebraska.gov/apps-courts-epub/
08/11/2020 12:08 AM CDT

State of Nebraska, appellee, v.
Kristie J. Keenan, appellant.
___ N.W.2d ___

Filed August 4, 2020.    No. A-19-806.

supplemental opinion

Appeal from the District Court for Cheyenne County, Derek
C. Weimer, Judge, on appeal thereto from the County Court
for Cheyenne County, Randin R. Roland, Judge. Formed
opinion modified. Motion for rehearing overruled.

Stacy C. Bach, of Nossaman Petitt Law Firm, P.C., for
appellant.

Douglas J. Peterson, Attorney General, and Nathan A. Liss
for appellee.

Pirtle, Riedmann, and Welch, Judges.

Per Curiam.
This case is before us on a motion for rehearing filed by the
appellee, State of Nebraska, concerning our opinion in *State v.
Keenan*, 28 Neb. App. 575, ___ N.W.2d ___ (2020). We over-
rule the motion, but we modify the opinion as follows:

In the analysis section, the first sentence of the third para-
graph is withdrawn and substituted with the following:

    In *McGinn*, the assigned errors included that although
    the district court correctly reversed the county court's
    admission of the breath test results, it erred by ruling that

there was sufficient evidence other than the breath test for the county court to find the defendant guilty of driving under the influence.

The remainder of the opinion shall remain unmodified.

Former opinion modified.

Motion for rehearing overruled.